FILED

1  Name: VEDAT DEMIR
2  Address: 2162 Maple Street
3  Costa Mesa CA. 92627
4  Phone: 949-646-6597
5  Plaintiff In Pro Per

2018 SEP 13 PM 3:34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY___LAW___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VEDAT DEMIR,

PLAINTIFF,

vs. ALEX AZAR
Secretary of Health &
Human Services

DEFENDANT(S).

Case No.: SACV18-01663 AB (AGR)
(To be supplied by the Clerk)

COMPLAINT FOR: REVIEW of
MEDICARE DECISION

## I. JURISDICTION

1. This is an action seeking court review of the decision of the Secretary of Health & Human Services pursuant to section 1869(b) of the Social Security act, as amended (42 U.S.C.A § 405(g) and 1345 ff (b)(1)(A)

## II. VENUE

2. Venue is proper pursuant to 42 U.S.C.A. § 405.1130 This action is brought in the Judicial district in which the Plaintiff resides

## III. PARTIES

3. Plaintiff's name is VEDAT DEMIR. Plaintiff resides at: 2162 Maple Street Costa Mesa CA. 92627

4. Defendant Alex Azar is the Secretary of Health & Human Services and as such has full power and responsibility for the administration of the social security act, subject to appropriate Judical review

5. Defendant

*Page Number*

## V. STATEMENT OF FACTS

6. Plaintiff should have been entitled to recive (or continue to receive) Medicare benefits because two disputed items. Dispute 1 which is S.S. benefit amount 2016 taxes not included (Field office did, Alabama H.Q didn't (overlooked) DETAILS : After I filed 2016 taxes I did appoinmet with mr. A Licia March 15-2017 Fountain Valley office. He added taxes and he wrote over Exibit 2 page 3 which is 1102 is not 1095 (His hand writing including my name) 1102-1095 =7.- They owe me per month starting firs S.S.Checks (May-June-July Aug-Sept-Oct Nov. etc. 2017 up to date)

Dispute 2 : which is medicare benefits DETAILS: Exibit 1 page 24 First aplied medicare Jan. 26 2016 and got card My primum was 121,80 and medical was paying for me Exibit 1 page 16 S.S. letter doesn't know or trickeep or ignoring I already 2016 medicare member and putting me in wrong basket with new 2017 new comers rate of 134.- and issuing me second medicare card on march 17th 2017 which is wrong (and he is billing me as 134.- to medical starting January. 2017. I did signed-off medical April 30 2017 in order to take over my 2016 primum 121.80 and was going to purchase additinal %20 coverage which medicare don't cover  134 - 121.80 = 12.20  They owe me only per month including may June - July - August - Sept - Oct - Nov. etc 2017 up to date (As I mentioned before I did signed-off medical April 30th-2017 Exibit 1 page 10 is wrong (wrong way put it by S.S. medical was paying for me 2016 and part of 2017

IV. Exhaustion of Administrative Process

The Appelant/Beneficiary (hereafter Appellant) began receiving Medicare benefit and paying a Medicare benefit in April 2016 (Ex. 2, p. 4; Ex. 1, p. 20) He applied for retirement ins. benefits on March 15 2017 and began receiving retirement benefits begining in April 2017 (Ex. 1 p. 16) On April 9 2017 Social Security Administration advised him that he became entitled to monthly retirment benefits begining April 2017 sometime in May 2017 Thereafter he would recive that around the third of each month (Ex. 2, page 4)

I requested reconsideration which was denied I timely appealed and requested a hearing which was held on 11/9/17

The ALJ issued his unfavorable decission on 11/15/17

I appealed to the medicare Appeals Council which affirmed the ALJ Decission in letter dated 7-24/2018

I timely filed this appeal with the district court.

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

I did notifyed in advance; Social Security - Medicare - Medical which indicating that I am taking over my medicare payment 121.80 and canceling Medical.

Also, I been told by S.S. before I applied benefit I can File 2016 taxes which will increase my benefit. I file the 2016 taxes and made appointment with mr. Alicia he calculated with 2016 comes to 1102.— (not 1098) But, when I got paper from their H.Q - Birmington ALABAMA finishing center they didn't include 2016 taxes and they issue me same medicare card I had year ago as if I didn't have medicare card and 121.80 premiums replaced by 134.— look-like I never had before!

THE TWO ISSUE is important to correct because I was planing to buy additinal insurance what medicare doen't pay (%20).

Social Security one person say OR Do something other person don't. S.S. also doing work for Medicare but

Dated: 9/11-2018

Sign: Vedat Demir

Print Name: VEDAT DEMIR

1

Page Number

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. denies any questions about it OR doesn't know How To
2. Fix mistakes OR direct in wrong way. on this both issue
3. 2 supervisor laugh at me an IGNORE, even worker who
4. suppose to help me (appoinment) called security to escort
5. me-out. etc.
6.     They told me "Judge will correct this two issue and
7. I will be explaining the Judge face to face", and they gave
8. me form to start for it (As I learned to day they gave
9. me wrong form-direction which I can't sue Social security
10. like that). Also, ALJ Judge didn't say anything about it.
11. Refering you THAT YOU WOULD fix two item. ALSO his
12. staff DENNIS hang-up on me and not responded 3 times
13.     As I end-up with you I have been played-out
14. badly with number 1 Front runner Social Security and
15. follow-up Medicare directing me wrong way and badly
16. treated (Also, continue pointing finger each other as their
17. best answer)
18.     I do have SPECIAL CIRCUMSTANCE. I want this two
19. issue resolve as I indicated so I can buy %20 Medicare gap
20. Insurance and start to use it. I was waiting to resolve this two
21. issue as I planned from begining. I STRONGLY RECOMMEND
22. TO IMPORT MY FILES and YOU WILL SEE How the things went
23. different directions and social security messed-up from
24. begining etc. THANK YOU.
25.
26.
27.
28.

Dated - 9/11-2018
Sign — Vedat Demir
Print name - VEDAT DEMIR

PAGE 2

*[handwritten at top: "Applied Medicare" / "denied"]*

January 26, 2016, 17:13
PAGE 2

NH 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

SG-SSA/HI-1

SOCIAL SECURITY ADMINISTRATION
IMPORTANT INFORMATION

RECEIPT FOR YOUR CLAIM FOR SOCIAL SECURITY HOSPITAL INSURANCE BENEFITS

VEDAT DEMIR
2162 MAPLE ST
COSTA MESA CA 92627

YOUR APPLICATION FOR SOCIAL SECURITY BENEFITS HAS BEEN RECEIVED AND WILL BE PROCESSED AS QUICKLY AS POSSIBLE.

YOU SHOULD HEAR FROM US WITHIN __ DAYS AFTER YOU HAVE GIVEN US ALL THE INFORMATION WE REQUESTED. SOME CLAIMS MAY TAKE LONGER IF ADDITIONAL INFORMATION IS NEEDED.

IN THE MEANTIME, IF YOU CHANGE YOUR ADDRESS, OR IF THERE IS SOME OTHER CHANGE THAT MAY AFFECT YOUR CLAIM, YOU - OR SOMEONE FOR YOU - SHOULD REPORT THE CHANGE.

We are providing the attached application for your records.

We stored your application information electronically so there is no reason for us to retain a paper copy of your application.

IMPORTANT REMINDER

Penalty of Perjury

You declared under penalty of perjury that you examined all the information on this form and it is true and correct to the best of your knowledge. You were told that you could be liable under law for providing false information.

THE TELEPHONE NUMBERS TO CALL IF YOU HAVE A QUESTION OR SOMETHING TO REPORT ARE:

    BEFORE YOU RECEIVE A NOTICE ABOUT YOUR CLAIM:

    AFTER YOU RECEIVE A NOTICE ABOUT YOUR CLAIM:

SOCIAL SECURITY INFORMATION IS ALSO AVAILABLE TO INTERNET USERS AT WWW.SOCIALSECURITY.GOV.

What You Need To Do

- o   Review the summary to make sure we recorded your statements correctly.

- o   If you agree with all your statements, you may keep the information for your records.

EXHIBIT 1. PAGE 24

(45)

From:Social Security Admin [A⁷⁰]    714 966 3018      04/21/2017 15:08    #124 P.003/007

SUMMERY of Disputed 2 items

① # 1102.- (2016 taxes included) (correct) Exibit A
it is not ~~1098~~ (wrong)
exibit B 1098.- ~~1028~~    see Exibit A and Exibit B

② Primuum:

2016    121.80    (correct) (member since 2016)
                                     SEE EXIBIT C
2017    134.-    (wrong) Doesn't apply to me

* May 2017 primuum waiting to be taken -out as 2016 as 121.80
*(I did stop medical as April 30th 2017)

PAGE 1 of 5

EXHIBIT 2. PAGE.1

April 18th 201?

To Whom it may Concern;

① I am Medicare receipent since 04·01·2016 and my Medicare payment is $121.80
You suppose to continue to cut from my social security starting May 2017 as $121.80 NOT $134.—

② I am not applying new Medicare in 2017 and I already medicare recepient as mentioned above since 2016

③ $134.= is people who is applying new Medicare in 2017.  I AM NOT as mentioned above

④ Please, make sure to continue my primum as $121.80 NOT $134.— As mentioned above

Thank you

VEDAT DEMIR
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-A
Effective Date Hospital (Part A) 0?
            Medical  (part B)  0?

Tel: 949-646-6597
E-mail: Demir@DSL extreme
U.S.Mail: 2762 Maple Street
         Costa Mesa CA. 92627

Exhibit C



MEDICARE  HEALTH INSURANCE
1-800-MEDICARE (1-800-633-4227)
NAME OF BENEFICIARY
VEDAT DEMIR
MEDICARE CLAIM NUMBER        SEX
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-A               MALE
IS ENTITLED TO              EFFECTIVE DATE
HOSPITAL (PART A)   04-01-2016
MEDICAL  (PART B)   04-01-2016
SIGN
HERE ➡

page 2 of 5

EXHIBIT 2. PAGE 2

From: Social Security Admin [A701]   714 966 3018   04/21/2017 15:08   #124 P.005/007

Benefit Matrix — Page 1 of 2

*Handwritten annotations:* D. Vedat; 109; 1343 monthly; Before 2016 Taxes included; 1102.-; 961.- cehir; 134.- −121.80 = 12.20; 961.- + 12.20 = 973.20; Benefits start April 1 — Check 1st wed every month — Not May; New # Before; Prior 2016 Taxes; EXHIBIT A

DOB: 04/11/1951   RIB/SPOUSE MOE / WIB MOE   Age 70: 04/2021 * DRCs @ year end

| FRA | PIA | Original Rate | Widow FRA | Widow PIA | DRC PIA |
|---|---|---|---|---|---|
| 66 Years 0 Months 04/2017 | $1,095.90 | $0.00 | 66 Years 0 Months 04/2017 | $0.00 | $1,095.90 8% per yr Max. 48 |

| RF | RIB Month/Year | Retirement MBA | Spouse MBA | Widow Month/Year | Widow MBA | DRC | Delayed Retirement MBA | Effective Month Year |
|---|---|---|---|---|---|---|---|---|
| 1 | 03/2017 | $1,089.80 | $0.00 | 03/2017 | $0.00 | 1 | $1,103.20 | |
| 2 | 02/2017 | $1,083.70 | $0.00 | 02/2017 | $0.00 | 2 | $1,110.50 | |
| 3 | 01/2017 | $1,077.60 | $0.00 | 01/2017 | $0.00 | 3 | $1,117.80 | |
| 4 | 12/2016 | $1,071.50 | $0.00 | 12/2016 | $0.00 | 4 | $1,125.10 | |
| 5 | 11/2016 | $1,065.40 | $0.00 | 11/2016 | $0.00 | 5 | $1,132.40 | |
| 6 | 10/2016 | $1,059.30 | $0.00 | 10/2016 | $0.00 | 6 | $1,139.70 | |
| 7 | 09/2016 | $1,053.20 | $0.00 | 09/2016 | $0.00 | 7 | $1,147.00 | |
| 8 | 08/2016 | $1,047.10 | $0.00 | 08/2016 | $0.00 | 8 | $1,154.30 | |
| 9 | 07/2016 | $1,041.10 | $0.00 | 07/2016 | $0.00 | 9* | $1,161.60 | 01/2018 |
| 10 | 06/2016 | $1,035.00 | $0.00 | 06/2016 | $0.00 | 10 | $1,168.90 | |
| 11 | 05/2016 | $1,028.90 | $0.00 | 05/2016 | $0.00 | 11 | $1,176.20 | |
| 12 | 04/2016 | $1,022.80 | $0.00 | 04/2016 | $0.00 | 12 | $1,183.50 | |
| 13 | 03/2016 | $1,016.70 | $0.00 | 03/2016 | $0.00 | 13 | $1,190.80 | |
| 14 | 02/2016 | $1,010.60 | $0.00 | 02/2016 | $0.00 | 14 | $1,198.10 | |
| 15 | 01/2016 | $1,004.50 | $0.00 | 01/2016 | $0.00 | 15 | $1,205.40 | |
| 16 | 12/2015 | $998.40 | $0.00 | 12/2015 | $0.00 | 16 | $1,212.70 | |
| 17 | 11/2015 | $992.30 | $0.00 | 11/2015 | $0.00 | 17 | $1,220.10 | |
| 18 | 10/2015 | $986.30 | $0.00 | 10/2015 | $0.00 | 18 | $1,227.40 | |
| 19 | 09/2015 | $980.20 | $0.00 | 09/2015 | $0.00 | 19 | $1,234.70 | |
| 20 | 08/2015 | $974.10 | $0.00 | 08/2015 | $0.00 | 20 | $1,242.00 | |
| 21 | 07/2015 | $968.00 | $0.00 | 07/2015 | $0.00 | 21* | $1,249.30 | 01/2019 |
| 22 | 06/2015 | $961.90 | $0.00 | 06/2015 | $0.00 | 22 | $1,256.60 | |
| 23 | 05/2015 | $955.80 | $0.00 | 05/2015 | $0.00 | 23 | $1,263.90 | |
| 24 | 04/2015 | $949.70 | $0.00 | 04/2015 | $0.00 | 24 | $1,271.20 | |
| 25 | 03/2015 | $943.60 | $0.00 | 03/2015 | $0.00 | 25 | $1,278.50 | |
| 26 | 02/2015 | $937.60 | $0.00 | 02/2015 | $0.00 | 26 | $1,285.80 | |
| 27 | 01/2015 | $931.50 | $0.00 | 01/2015 | $0.00 | 27 | $1,293.10 | |
| 28 | 12/2014 | $925.40 | $0.00 | 12/2014 | $0.00 | 28 | $1,300.40 | |
| 29 | 11/2014 | $919.30 | $0.00 | 11/2014 | $0.00 | 29 | $1,307.70 | |
| 30 | 10/2014 | $913.20 | $0.00 | 10/2014 | $0.00 | 30 | $1,315.00 | |
| 31 | 09/2014 | $907.10 | $0.00 | 09/2014 | $0.00 | 31 | $1,322.30 | |
| 32 | 08/2014 | $901.00 | $0.00 | 08/2014 | $0.00 | 32 | $1,329.60 | |
| 33 | 07/2014 | $894.90 | $0.00 | 07/2014 | $0.00 | 33* | $1,336.90 | 01/2020 |
| 34 | 06/2014 | $888.80 | $0.00 | 06/2014 | $0.00 | 34 | $1,344.30 | |
| 35 | 05/2014 | $882.80 | $0.00 | 05/2014 | $0.00 | 35 | $1,351.60 | |
| 36 | 04/2014 | $876.70 | $0.00 | 04/2014 | $0.00 | 36 | $1,358.90 | |

*Handwritten:* page 3 of 5

http://phapps.ph.ssa.gov/BenefitMatrix/DisplayMatrix.aspx?DOB=04/11/1951&RIB=1095...   3/15/2017

EXHIBIT 2. PAGE 3

(17)

*[Handwritten at top: "This is wrong date letter / I already had medicare started / April 2016 ( 121.80 )"]*

NH 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

March 17, 2017, 16:42
PAGE    1

SG-SSA-1

```
: UNIT: A50RIB     :
:                  :
:                  :
:                  :
:                  :
:                  :
:                  :
```

VEDAT DEMIR
2162 MAPLE ST
COSTA MESA CA 92627

APPLICATION SUMMARY FOR RETIREMENT INSURANCE BENEFITS

On March 15, 2017, we talked with you and completed your application for SOCIAL SECURITY BENEFITS. We stored this information electronically in our records. We are enclosing a summary of your statements.

I APPLY FOR ALL INSURANCE BENEFITS FOR WHICH I AM ELIGIBLE UNDER TITLE II (FEDERAL OLD-AGE, SURVIVORS, AND DISABILITY INSURANCE) AND PART A OF TITLE XVIII (HEALTH INSURANCE FOR THE AGED AND DISABLED) OF THE SOCIAL SECURITY ACT, AS PRESENTLY AMENDED.

MY NAME IS VEDAT DEMIR.

MY SOCIAL SECURITY NUMBER IS 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.

MY DATE OF BIRTH IS April 11, 1951.

I AM A CITIZEN OF THE UNITED STATES.

A PREVIOUS APPLICATION HAS BEEN FILED WITH THE SOCIAL SECURITY ADMINISTRATION BY OR FOR ME.

I DO NOT WANT TO FILE FOR SSI.

I NEVER MARRIED OR I HAD NO PREVIOUS MARRIAGES THAT LASTED 10 YEARS OR MORE OR ENDED IN DEATH.

I DO NOT HAVE ANY CHILDREN UNDER AGE 18; AGE 18-19 ATTENDING ELEMENTARY OR SECONDARY SCHOOL FULL TIME; OR AGE 18 OR OVER AND DISABLED BEFORE AGE 22 WHO MAY BE ELIGIBLE FOR SOCIAL SECURITY BENEFITS ON THIS RECORD. THIS INCLUDES CHILDREN WHO MAY OR MAY NOT BE LIVING WITH ME.

I AM NOT ENTITLED TO NOR DO I EXPECT TO BECOME ENTITLED TO A PENSION OR ANNUITY BASED IN WHOLE OR IN PART ON WORK AFTER 1956 NOT COVERED BY SOCIAL SECURITY.

I WANT BENEFITS BEGINNING WITH April 2017.

I WANT TO ENROLL IN PART B OF MEDICARE.

EXHIBIT 1. PAGE 16

(37)

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 A                                                            Page 5

In 1988, Congress passed a law to protect claimants currently receiving monthly payments from increase in Medicare Part B premiums in order to prevent any entitled claimant from having their benefit reduced.  This provision was known as the hold harmless statute and within it wording were exact and specific requirements for it to be effective.

A review shows that the state of California is paying the Part B premiums for the claimant.  Also the claimant was not in payment status for November and December 2016.  Since the premiums are not being deducted from the claimant's benefits, he does not qualify for the hold harmless statue.

The Administration can only enforce the laws passed by Congress. We act only as the enforcer of the laws and regulations and do address the fairness or unfairness of a given law.  That determination is up to the Congress and the courts.  Based on the law as quoted above, the claimant does not qualify for relief from the increase in the Medicare Part B premium.  He was not having the premiums deducted out of his monthly payments. He was not in payment status for November 2016 and December 2016.  Therefore, the current base premium is applicable.

The initial determination was correct and in accordance with the law and regulations.  It is hereby affirmed.

medical was paying for me since April 2016 as 121.80
I sign-off medical April 30th 2017. AND I wanted to be counting as 121.80 NOT 134. (They put me in wrong basket

EXHIBIT 1. PAGE 10

(31)